NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
BRETT C. RUFF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
brett.ruff@usdoj.gov
*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TRAYVALE HARRISON,<br><br>  Defendant. | Case No. 2:18-cr-144-JAD-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Fourth Request) |

COMES NOW the United States of America, through Nicholas A. Trutanich, United States Attorney, and Brett Ruff, Assistant United States Attorney, counsel for the United States of America, and Jennifer Waldo, counsel for Defendant Trayvale Harrison, and stipulate and request that the sentencing hearing currently scheduled for August 10, 2020, be vacated and continued to a date and time convenient to this Court, but no sooner than sixty (60) days after August 10, 2020.

The stipulation and request are made for the following reasons:

1. On March 16, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General order 2020-03 (the "General Order"). The Order explains that, due to the outbreak of the coronavirus 2019 ("COVID-2019") in the District of Nevada, the declaration by the Governor of the State of Nevada of a public health emergency due to the

spread of COVID-19 in Nevada, the declaration of local emergencies by local governments due to COVID-19, and the public health recommendations—including recommendations for social distancing and limiting large-group gatherings—the Court has sustained a "reduced ability to obtain an adequate spectrum of jurors" and reduced availability of counsel and Court staff. The General Order accordingly continued all civil and criminal trials until April 10, 2020, pending further order of the Court, and found that "the ends of justice are best served by ordering continuances, which outweighs the best interests of the public and any defendant's right to a speedy trial under 18 U.S.C. § 3161(h)(7)(A)."

2. Continuing this sentencing hearing will serve the critical interests emphasized in the General Order and subsequent orders related to COVID-19 entered by Chief Judge Du. Given the ongoing COVID-19 pandemic, the grave public-health concerns discussed in the General Order, and difficulty—or impossibility—of preparing and procuring witnesses to speak on behalf of the Harrison or the government, there is good cause to continue Harrison's sentencing hearing.

3. Indeed, additional time is needed to formulate and file any sentencing memoranda and procure any possible witnesses that would be at sentencing to either speak on behalf of Harrison, or on the behalf of the government, including any victims.

4. A continuance also will allow counsel for Harrison to adequately prepare for sentencing with her client.

5. Counsel for Harrison and the government agree with this continuance.

6. Harrison is in custody and agrees with this continuance.

7. Thus, all parties agree to this continuance.

8. The additional time requested herein is not sought for purposes of delay, but to allow counsel to have sufficient time to solidify any witnesses needed, and to review and prepare any sentencing memoranda.

This is the fourth request to continue Harrison's sentencing.

DATED this 16th day of July, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Jennifer Waldo*
_____
Jennifer Waldo
Counsel for Defendant Trayvale Harrison

*/s/ Brett Ruff*
By_____
BRETT RUFF
Assistant United States Attorney

IT IS SO ORDERED: The sentencing hearing for Defendant Trayvale Harrison currently scheduled for August 10, 2020, at the hour of 10:00 a.m., is vacated and continued to November 2, 2020, at 11:00 a.m.

_____
HON. JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

DATED: 7/20/2020

3