**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>TRAYVALE HARRISON,<br><br>  Defendant. | Case No. 2:18-cr-144-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 266 |

Based on the Stipulation of the parties, and good cause appearing therefore, the Court orders that the sentencing hearing of Defendant Trayvale Harrison currently scheduled for November 2, 2020, at the hour of 11:00 a.m., be vacated and continued to January 25, 2021, at 1:30 p.m.

DATED this 26th day of October, 2020.

_____
HON. JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE